Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YETUNDE BUKOLA ABIOYE,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARDLAND, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-1654-RAJ<br><br>STIPULATED MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE AND REMAND TO USCIS |

## **JOINT STIPULATION**

The parties stipulate that this matter may be dismissed without prejudice and without costs or fees to either party. The parties agree that U.S. Citizenship and Immigration Services ("USCIS") will adjudicate Plaintiff Yetunde Bukola Abioye's Form N-400, Application for Naturalization, within 45 days of the date of an order dismissing this matter and remanding it back to the agency.

//

//

//

STIPULATED MOTION TO REMAND AND ORDER OF DISMISSAL
Case No. 2:21-cv-1654-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 18th day of April, 2022.

| | |
|---|---|
| GILLIN LAW GROUP, PLLC | NICHOLAS W. BROWN<br>United States Attorney |
| *s/ Brandon S. Gillin*<br>BRANDON S. GILLIN<br>WSBA No. 44761<br>19910 50th Ave W, Ste. 205<br>Lynwood, Washington 98036<br>Phone: 425-947-1130<br>Email: brandon@gillinlaw.com<br>*Attorneys for Plaintiff* | */s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT,<br>NYS#4666657<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:253-428-3800<br>E-mail: michelle.lambert@usdoj.gov<br>*Attorneys for Defendants* |

STIPULATED MOTION TO REMAND AND ORDER OF DISMISSAL
Case No. 2:21-cv-1654-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The parties having so stipulated, IT IS SO ORDERED that this case is dismissed without prejudice and without costs or fees to any party, and remanded to USCIS for the agency to adjudicate Plaintiff Yetunde Bukola Abioye's Form N-400, Application for Naturalization, within 45 days of the date of this order.

DATED this 18th day of April, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION TO REMAND AND ORDER OF DISMISSAL
Case No. 2:21-cv-1654-RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970